**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6937**

———————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

ERNEST TAYLOR, a/k/a Smoke,

                                    Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CR-97-343-AW)

———————

Submitted:  December 22, 1999      Decided:  January 10, 2000

———————

Before WILKINS and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Ernest Taylor, Appellant Pro Se.  Deborah A. Johnston, OFFICE OF
THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ernest Taylor appeals the district court's order denying his Federal Rule of Criminal Procedure 41(e) motion for return of property. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Taylor, No. CR-97-343-AW (D. Md. June 7, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2